No. 87–295.  BARRETT *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 87–301.  MITCHELL ET AL. *v.* UNITED STATES ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 87–306.  CONDREN ET AL. *v.* AIRCRAFT TRADING & SERV-
ICES, INC.  C. A. 2d Cir.  Certiorari denied.

No. 87–310.  WIEGAND *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 87–321.  O'CONNOR *v.* ESTATE OF MILHOLLAN ET AL.  Sup.
Ct. Nev.  Certiorari denied.

No. 87–322.  CHASE REVEL, INC., DBA ENTREPRENEUR MAG-
AZINE *v.* STRAW, DBA BUSINESS OPPORTUNITIES DIGEST.  C. A.
11th Cir.  Certiorari denied.

No. 87–335.  CRISP *v.* UNITED STATES.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 87–5001.  RUSSELL *v.* TEXAS.  Ct. Crim. App. Tex.  Cer-
tiorari denied.

No. 87–5003.  WAGSTAFF-EL *v.* RUPPERSBERG, WHITE, WIN-
TER, CLARK & MISTER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–5005.  ROBINSON *v.* FOLTZ, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 87–5006.  YOUNG *v.* UNITED BANK OF BISMARCK ET AL.
Sup. Ct. N. D.  Certiorari denied.

No. 87–5007.  WEAVER *v.* PARKER, WARDEN.  C. A. 11th Cir.
Certiorari denied.

No. 87–5009.  O'CONNOR *v.* TAYLOR ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 87–5010.  HATTON *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.